# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2005

129682

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES FREDRICK OEHLER, a/k/a JAMES
FREDERICK OEHLER,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129682
COA: 264717
Wayne CC: 04-008617-01

_____/

On order of the Court, the application for leave to appeal the September 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

t1219

_____
Clerk